*- 1 -*

| | | |
|---|---|---|
| 1 | Your Name: | Elias Torres Ramirez |
| 2 | Address: | 665 Russell Ave. #5 Santa Rosa CA 95403 |
| 3 | Phone Number: | 707 727 5466 |
| 4 | Fax Number: | |
| 5 | E-mail Address: | |
| 6 | Pro Se Plaintiff | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED

MAY 07 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CV24   2728   KAW

Elias Torres Ramirez

Plaintiff,

vs.

Taylor Alison Swift

1200 Laurel Ln,

Beverly Hills, CA 90210

Defendant.

Case Number   *[leave blank]*

**COMPLAINT**

DEMAND FOR JURY TRIAL

Yes ☐   No ☐

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name:   Elias Torres Ramirez

Address:   665 Russell Ave. #5

Telephone:   707 727 5466

- 2 -

1    2.  Defendants.  [*Write each defendant's full name, address, and phone number.*]

2    Defendant 1:

3    Name:      Taylor Alison Swift ReUnification purposes.

4    Address:   Move around a lot,

5    Telephone: Currently unknown

6

7    Defendant 2:

8    Name:      Travis Micheal Kelce

9    Address:   currently unknown

10   Telephone: Currently unknown

11

12   Defendant 3:

13   Name:      Theresa Tommasi and Val

14   Address:   175 Rail Rd. Street Santa Rosa CA 95401

15   Telephone: 707 573 9000

16

17                              **JURISDICTION**

18   [*Usually only two types of cases can be filed in federal court, cases involving "federal questions"
     and cases involving "diversity of citizenship." Check at least one box.*]

19   3.  My case belongs in federal court

20   ☑ under <u>federal question jurisdiction</u> because it is involves a federal law or right.

21   [*Which federal law or right is involved?*] 1st amendment right to freedom of religion &

22   Speech, 2nd amendment right to bear arms, Right to self-defense.

23   ☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the

24   defendants <u>and</u> the amount of damages is more than $75,000.

25

26

27

28

- 3 -

1

**VENUE**

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4.     Venue is appropriate in this Court because:

☐   a substantial part of the events I am suing about happened in this district.

☐   a substantial part of the property I am suing about is located in this district.

☐   I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

☑   at least one defendant is located in this District and any other defendants are located in California.

**INTRADISTRICT ASSIGNMENT**

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5.     Because this lawsuit arose in <u>Sonoma</u> County, it should be assigned to the <u>NDC 9th distric</u> Division of this Court.

**STATEMENT OF FACTS**

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

1   we are married with a Holy Covenant Marraige, we have been seperated

temperarely, and I need assistance getting back to my Spouse and family, My Spouse

Taylor Alison Swift, I need, want, her, I am experiancing a lot of pain because we are not

together. this is not a joke. this is serious I need her for everything wheather she knows it

or not. I need a Gaurdianship and concervertorship over her immediately.

COMPLAINT

PAGE 7   OF 12   *[JDC TEMPLATE – Rev. 05/2017]*

- 4 -

2. Need my Spouse Taylor Alison Swift, not fulfiling of our Sacred Relationship by Travis Micheal Kelce, and other certain people that infringe on our sacred Relationship individuals did not do there jobs, or civic duties, did not provided adequate assistance.

Immediate kill orders for this individual in defence of my spouse and family

3. I tried to communicate wih her and be with her. becuase she is my spouse, I need to know where she is at, because she pertains to me, and us together, they are not to keep us apart. this is automatic I should not have to explain very simple, covenant relationship, issues.

4. Other individual infringing on our copy right infringements, under, Willam Bowrey, Joe Alwyn, why because it belongs to us. not other people.

5. This certain individual has demonstrated, repeat offender, of privacy, copyright infringement, 1st amendment rights, hacking emails, stealing money. infringing on my path, workflow, by impeding & obstructing them. Needing United States Federal Government dignitary, diplomay, priorities, primary, when conducting business. Weelding master and Commander Role.

6. Regarding, ceratain People in Law Enforcement, Court Officials, other Officials need to know, this is not an accusation, this is for notification and awareness purposes. they need to be written up, maybe disciplined if they continue to repeat, there impeding or obstructing my path, it is in the nature of my Job. they need to cease and assist.

//

//

COMPLAINT
PAGE 8   OF 12   *[JDC TEMPLATE – Rev. 05/2017]*

- 5 -

## CLAIMS

### First Claim

(*Name the law or right violated*: Covenat Marriage, Holy Matrimony                    )

(*Name the defendants who violated it*: Travis Micheal Kelce                    )

[*Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

    1   Under the Supreme Law of the Land. May 31, 2021-The Offense is punishable by a range of imprisonment up to a life of the crime Right to Pursue our Happiness & Conduct our business. Using Pro Se if need to: Ex-parte Letter if needed, Right to: Commandeer, also nature of the Job. Because I am the Legal male head of our household.

    2   1st amendment rights, freedom to practice our Religion & Freedom of speech. Right to be married together, Right to communicate with each other, or whoever we may need to communicate with. 2nd amendment, right to bear arms, right to defend ourselfs. Right to Go to church whever we need to or choose to.

    3   Right to Travel, Right to Travers. Go wherever we may need to. right to rent any types of car'(s) or veichle'(s), services needing, wanting or both. Need Primary needs because of Military Designation'(s). Because of this request'(s) or orders need to be complied with, obeyed or both immediately.

    4   Right to defend My Spouse, Family, Friends or whoever I may need to. sometimes it just might be business, or whatever.

    5   sometimes we may need to know certain things, therefore you should not be afraid to ask questions to each other, this is not for accusation purposes, but for FYI and need to know. You People need to know. We need to know.

//

- 6 -

## 2 _____ **Claim**

(*Name the law or right violated*: Certain People keeping us apart. )

(*Name the defendants who violated it*: Adults. )

6 ___. They did not know, they need to be admonished, lightly, recomended.
Theresa Tommasi, Val, certain individuals not knowing, specifically, Law enforcement



7 ___. I have remaind civil and respectful, thtrought my life, unless it was or their was a
reason for it.



8 ___. Others have made or mislabeld my character, also known as defermation of
my character, I was not raised that way, that they say, and they ask me questions that they
should not be asking me, do to the nature of my job.


9 ___. I have help defend our nation, society, communities, and I get infirngement of
our right's. needing specific medication, Jardiance or whatever type of medication needed or
requested.


10 ___. if I am asking certain people questions it is because I have the right to, or may
need to, I should not have to explain basic communication things to people that I may need
speak to or talk to.


11 ___. explaining: for examples of the nature of my job & other examples.
the Police, Fire fighters, medical EMT's only get called when they are needed, this is
somewhat in the same areas of my circumstances. this is also why I need assistance
currently.

## DEMAND FOR RELIEF

*[State what you want the Court to do.  Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something.  If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

1 .    Take Control of all our Legal Holdings, everything Pertaining & Encompassing

us. Reasons for this is that all of this automatically pertains & encompasses me, and us. because she

is my spouse. Financial'(s), Money, Bank Account'(s), Security service'(s), Organization'(s),

Airplane'(s), (Contract'(s), other Contracts, Intellectual property, Key'(s), Key Code'(s), Place'(s),

Propertie'(s), Item'(s), other item'(s), that these certain individual'(s), be put to death. Others

to be admonished, because they did not know. these certain individuals need to be put to death they

are adults and I should not have to expalin the code of conduct to them, they should know better.

Not my fault.need to cease and assist me or us. examples getting back together immediately.

Need TAD Orders immediately, Temperary Assinged Duty, to each other.

Because I am the Legal male head of our household its automatic. Thank you,

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☐    Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 04 / 30 / 2024   Sign Name: *Elias Torres Ramirez*

Print Name:   Elias Torres Ramirez.

- 8 -

*[Copy this page and insert it where you need additional space.]*

1. Under the Supreme Law of the Land. May 31, 2021-The Offense is punishable by a range of imprisonment up to a life of the crime Right to Pursue our Happiness & Conduct our business. Using Pro Se if need to: Ex-parte Letter if needed, Right to: Commandeer, also nature of the Job. Honor My Military Contracts, we made an agreement that I would be allowed to keep all and full military benefits, pay, different types of pay and compensation, and allowed to work on it on my own.

2. 1st amendment rights, freedom to practice our Religion & Freedom of speech. Right to be married together, Right to communicate with each other, or whoever we may need to communicate with. 2nd amendment, right to bear arms, right to defend ourselfs. Right to Go to church wherer we need to or choose to. Right to Travel, Right to Travers. Go wherever we may need to. Right to socialize,

3. Have all our Legal Holdings, And everything that pertains & encompasses us protected. all of this is automatic because she is my spouse, I/We need to be able to come together immediately, so that we can figure this out immediately.

4. Right to Travel, sometimes may need assistance. Right to conduct my or our business, espesifically any type of rentals, car or veichle rentals, security services, or any types of services needed, wanted or both. Master & Commander, Legal head of our household, Guardianship over family & many subjects and issues.

5. May need to know only, Travers wherever, need to operate with impunity, depending on the circumstances. This is one of them. not to be taken out of context. Thank you,

COMPLAINT

**To: whomever it may concern: this is need to know for security services.**

**Government'(s), agencies, security, & security details.**
It is their duty, and job for them to uphold the laws and by laws of the state or community.
It is not their job to prevent the rightful people from each other.
In other words, it is their job to help protect people or certain individuals not to prevent them from being with their significant others. Currently they are not doing that they are failing to do their duty and jobs. That is my spouse that is my family and when I give orders to protect them if they disobey rebel mutiny or whatever type of offenses those are damnable offenses against the word of God not mine. If I give orders to how my spouse, is put her in prison, it is for her own good it is not because I am trying to be mean. Furthermore, those other males going after my spouse are automatically damning themselves because she is already, sanctioned, Meaning dedicated, by God to me.

**Concerning Federal laws and State'(s) Laws'(s)** The state of California or other state agencies have been committing treason against the federal government and federal offices and federal employees.

Examples are the federal government states that the state governments cannot put taxes on the federal government. Federal offices, federal employees or federal employers.

Therefore, by me being a federal employer and having my federal office the state is infringing and overstepping their bounds when they are trying to dictate to me about my issues with the state courts or Napa Valley Superior court of California.

**For examples:** Be holy: meaning be pure, clean.

**1.** Divinity designations are not supposed to be taxed; reasons for that is you cannot put man's laws over God's laws.

**2.** Federal government is over state governments. Therefore, State offices or officials & their third parties or overstepping on Federal offices and federal employers.

Given an example's, call Napa Valley State Superior Court to United States Navy Federal government. Official office. Federal employer.

For your information, this is for State officials that are not aware of their actions against the federal government or federal employees, federal employers, both or multiple.

**For females**
They need to have an understanding once they pick up male it is forever. It is not that they can choose to go back doing so is damning themselves when they choose a male and then say oh I don't really mean or I didn't mean what I meant when I picked you or accepted you,
For people trying to take things out of context that is automatic damnation.

**Apologetics V. Limits** Apologetics meaning: weak and wrong for repeat offenders setting limits is right because there needs to be a real response to peoples transgressions. Alternatively, they will not stop transgressing against God's laws. What he has commanded.

- That is basic Right Theology and doctrines.
- Covenant Marriage and those specific relationships are serious.
- This is not a joke; this is the word of God not mine.

**This is the reason that God says in his commands thou shalt not commit adultery, do not covet your neighbor's wife.**

Thank you,

Elias Torres Ramirez.

*Elias Torres Ramirez*