- 1 -

| # | | |
|---|---|---|
| 1 | Your Name: | Elias Torres Ramirez |
| 2 | Address: | 665 Russell Ave. #5 Santa Rosa CA 95403 |
| 3 | Phone Number: | 707 727 5466 |
| 4 | Fax Number: | |
| 5 | E-mail Address: | |
| 6 | Pro Se Plaintiff | |

FILED
MAY 07 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV24   2728   KAW

| | |
|---|---|
| Elias Torres Ramirez | Case Number  [leave blank] |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| Taylor Alison Swift | |
| 1200 Laurel Ln, | DEMAND FOR JURY TRIAL |
| Beverly Hills, CA 90210 | Yes [ ]   No [ ] |
| Defendant. | |

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number plaintiffs.*]

| | |
|---|---|
| Name: | Elias Torres Ramirez |
| Address: | 665 Russell Ave. #5 |
| Telephone: | 707 727 5466 |

*[handwritten note:]* Nee Immediate control of All legal Holings financials Bank Accoonts, money Items Any services Emergency
Ramirez

*[handwritten left margin:]* NC

COMPLAINT
PAGE 5 OF 12 *[JDC TEMPLATE – Rev. 05/2017]*