IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS TORRES RAMIREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>TAYLOR ALISON SWIFT,<br><br>    Defendant. | Case No. 24-cv-02728-MMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING ACTION** |

Before the Court is Magistrate Judge Kandis A. Westmore's Report and Recommendation, filed July 26, 2014, whereby said Magistrate Judge recommends the Court dismiss the above-titled action in light of plaintiff's failure to pay the filing fee. No objection to the Report and Recommendation has been filed.

Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation, and, accordingly, the above-titled action is hereby DISMISSED without prejudice.[1]

**IT IS SO ORDERED.**

Dated: August 15, 2024

MAXINE M. CHESNEY
United States District Judge

---

[1] In the Report and Recommendation, Magistrate Judge Westmore also explains in detail why plaintiff's claims are frivolous. Although the Court concurs, the Court does not dismiss on said ground, as, in light of plaintiff's failure to pay the filing fee, there is no filed complaint to dismiss as frivolous.